THE STATE, CHRISTOPHER STAATS ET AL, PROSECUTORS, PLAINTIFFS IN ERROR, v. THE INHABITANTS OF THE BOROUGH OF WASHINGTON IN THE COUNTY OF WARREN, DEFENDANTS IN ERROR.

Error to the Supreme Court. For opinion of the Supreme Court, see 16 *Vroom* 318.

For the plaintiffs in error, *Henry S. Harris.*

For the defendants in error, *Oscar Jeffery.*

THE CHANCELLOR. The judgment of the Supreme Court in this case should be affirmed for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, PARKER, REED, SCUDDER, VAN SYCKEL, CLEMENT, COLE, PATERSON, WHITAKER. 11.

*For reversal*—None.